Dismissed and Memorandum Opinion filed January 27, 2005









Dismissed and Memorandum Opinion filed January 27,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01107-CV

____________

 

RALPH O.
DOUGLAS, Appellant

 

V.

 

ALAMO TITLE
COMPANY, Appellee

 



 

On Appeal from the 157th District
Court

Harris County,
Texas

Trial Court Cause No.
03-52837

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed October 7,
2004.  The record was due December 6,
2004, but has not been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellant did not establish indigency and did not make arrangements to pay for
the record. 








On January 6, 2005, notification was transmitted to all
parties of the court=s intention to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).  On January
19, 2005, appellant filed a response in which he asserts that he filed an
affidavit of indigence with the clerk of this court.  No affidavit of indigence was timely filed at
this court.  Moreover, an appellant must
file the affidavit of indigence in the trial court.  Tex.
R. App. P. 20.1(c)(1). 

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 27, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.